IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,
     Plaintiff,

vs.                                                            Case No.: 3:16cv48/MCR/EMT

STATE OF OKLAHOMA,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court on Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (ECF No. 1).

Plaintiff has neither paid the filing fee of $400.00, nor has she submitted a motion to proceed in forma pauperis ("IFP").  Plaintiff, having filed numerous civil cases in this court since early 2015, should be well aware of this requirement.

Upon filing her most recent previous case, Brewer v. Pensacola Police Dep't, Case No. 3:16cv30/MCR/EMT, Plaintiff also failed to failed to file an IFP motion or pay the filing fee.  In a report and recommendation dated February 3, 2016, the undersigned observed that in Plaintiff's many previous cases, she had been repeatedly confronted with the fact that she cannot proceed with a civil cause of action unless and until she complies with this "filing fee or IFP" rule.  *See id.* at ECF No. 4.  Since that case represented yet another iteration of Plaintiff's failure to comply with the rule, the

court recommended dismissal of the case without prejudice for Plaintiff's abuse of the

judicial process.  That report and recommendation, a copy of which is attached to this

report and recommendation, remains pending before the court.  As Plaintiff has

likewise violated the "filing fee or IFP" rule in this case, dismissal without prejudice

is an appropriate result as well.

Accordingly, it is respectfully **RECOMMENDED:**

1.      That this action be **DISMISSED WITHOUT PREJUDICE** as abusive

of the judicial process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2.      That the clerk be directed to close this file.

At Pensacola, Florida, this $\underline{10^{th}}$ day of February, 2016.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**