# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,

    Plaintiff,

v.                                              Case No.: 3:16cv48/MCR/EMT

STATE OF OKLAHOMA,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 10, 2016.  ECF No. 3.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** as abusive of the judicial process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The clerk is directed to close this file.

**DONE AND ORDERED** this 10th day of March, 2016.

              s/ *M. Casey Rodgers*
              **M. CASEY RODGERS**
              **CHIEF UNITED STATES DISTRICT JUDGE**